IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL ALABAMA COMPRE-<br>HENSIVE HEALTH CARE, INC., etc., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:04CV673-MHT<br>[WO] |
| AVENTIS PHARMACEUTICAL,<br>INC., et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 15 June 2006, the defendants filed a Motion to Compel Responses to Discovery

and requested "expedited consideration" (Doc. # 195). The defendants specifically

requested a court order directing responses from the plaintiffs that

> fully and completely respond to defendants' Omnibus Sets of
> Interrogatories and Requests for Production of Documents
> Regarding Class Certification and Appointment of Class
> Counsel . . . .

Doc. # 195, p. 1. The defendants' motion appears to pertain specifically to discovery

requests regarding class certification.

On 27 June 2007, the plaintiffs filed a Notice of Decision to Refrain from Seeking

Class Certification (Doc. # 197). The pleading may reasonably be construed as the plaintiffs'

abandonment of any intent to seek class certification in this case. Accordingly, it is

ORDERED that the defendant's motion to compel is DENIED as moot.

DONE this 11th day of July, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE