IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL ALABAMA COMPREHENSIVE HEALTHCARE, INC., and HEALTH SERVICES, INC., | § § § § | |
| Plaintiffs, | § § | |
| v. | § | No. 3:04-cv-00673-MHT-VPM |
| AVENTIS PHARMACEUTICALS, INC., et al., | § § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE**

COME NOW the Plaintiffs in the above-styled cause and moves this Honorable Court, pursuant to Fed.R.Civ.P. 41(a)(2), to dismiss this action without prejudice. As grounds in support of this motion, the Plaintiffs state as follows:

1. The Plaintiffs have determined they no longer wish to pursue this action.

2. Defendants have no objection to the Complaint in the above-referenced matter being dismissed without prejudice.

WHEREFORE Plaintiffs pray that this Honorable Court will enter an order dismissing the present action without prejudice and costs taxed as paid.

/s/ Barry A. Ragsdale            .
Barry A. Ragsdale
barryrags@aol.com

<u>OF COUNSEL:</u>

IVEY & RAGSDALE
215 N. Richard Arrington, Jr. Blvd.
Suite 305
Birmingham, AL  35203
Telephone:  205-327-5223
Facsimile:  205-327-5418

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Warren Michael Atchison**
  wma@starneslaw.com

- **Joseph P. H. Babington**
  jpb@helmsinglaw.com cer@helmsinglaw.com,ktm@helmsinglaw.com

- **Lee E. Bains, Jr**
  BAINSL@maynardcooper.com dbroom@mcglaw.com

- **Philip Barilovits**
  philip.barilovits@dechert.com

- **Steven W. Berman**
  steve@hagens-berman.com heatherwe@hagens-berman.com

- **Robert C. (Mike) Brock**
  rcb@rsjg.com pc@rsjg.com

- **Philip Henry Butler**
  pbutler@bradleyarant.com
  scarmichael@bradleyarant.com;kcastleberry@bradleyarant.com

- **William Francis Cavanaugh**
  wfcavanaugh@pbwt.com

- **Thomas William Christian**
  twchristian@csattorneys.com kjones@csattorneys.com

- **Lynn Shutt Darty**
  lsdarty@csattorneys.com

- **Kelly Jeanne Davidson**
  kjdavidson@ober.com

- **William Asher Davis**
  wadavis@mintz.com

- **Halimah DeLaine**
  halimah.delaine@dechert.com

- **Patrick Conor Finnegan**
  pcf@helmsinglaw.com cer@helmsinglaw.com;ktm@helmsinglaw.com

- **Noam Barak Fischman**
  nbfischman@mintz.com

- **Charles Nelson Gill**
  ngill@copelandfranco.com cngill27@hotmail.com;bryan@copelandfranco.com

- **Richard Hamilton Gill**
  gill@copelandfranco.com michaud@copelandfranco.com

- **Jeffrey Lawrence Handwerker**
  jeffrey.handwerker@aporter.com

- **John Alec Henig, Jr**
  henig@copelandfranco.com smith@copelandfranco.com

- **Frederick Geroge Herold**
  frederick.herold@dechert.com

- **Kimberly Kaye Heuer**
  kheuer@morganlewis.com berobinson@morganlewis.com

- **S. Craig Holden**
  scholden@ober.com

- **Robert A. Huffaker**
  rah@rsjg.com va@rsjg.com

- **Garve W. Ivey, Jr**
  garve@iveyragsdale.com denise@iveyragsdale.com

- **Jennifer B. Jordan**
  jjordan@morganlewis.com berobinson@morganlewis.com

- **Michael Lee Koon**
  mkoon@shb.com

- **Robert S, Litt**
  robert_litt@aporter.com

- **David Michael Maria**
  david_maria@aporter.com

- **Joseph George Matye**
  jmatye@shb.com waross@shb.com;cgross@shb.com

- **Derrick A. Mills**
  dmills@lfwlaw.com

- **David Scott Nalven**
  davidn@hbsslaw.com tiffani@hbsslaw.com

- **Tabor Robert Novak, Jr**
  tnovak@ball-ball.com

- **Brien T. O'Connor**
  brien.o'connor@ropesgray.com

- **Eric S. Parnes**
  parnes@hugheshubbard.com

- **Gweneth Cameron Pfeiffer**
  cpfeiffer@mcdowellknight.com psmith@mcdowellknight.com

- **Maibeth Jernigan Porter**
  PORTEM@maynardcooper.com

- **Harlan Irby Prater, IV**
  hprater@lfwlaw.com

- **Carlos Enrique Provencio**
  cprovencio@shb.com

- **Archibald Thomas Reeves, IV**
  areeves@mcdowellknight.com
  jgilmore@mcdowellknight.com;kford@mcdowellknight.com

- **Robert Philip Reznick**
  reznick@hugheshubbard.com

- **Augusta Morgan Ridley**
  aridley@kslaw.com

- **Sandra Grisham Robinson**
  sgr@cabaniss.com kguillott@cabaniss.com

- **Graciela Maria Rodriguez**
  gmrodriguez@kslaw.com

- **Stephen Jackson Rowe**
  srowe@lfwlaw.com lynnl@lfwlaw.com

- **Andrew David Schau**
  adschau@pbwt.com

- **Brian W. Shaffer**
  bshaffer@morganlewis.com mmackason@morganlewis.com

- **John D. Shakow**
  jshakow@kslaw.com

- **Richard Lee Sharff, Jr**
  rsharff@bradleyarant.com

- **Edward Sledge Sledge, III**
  esledge@mcdowellknight.com abush@mcdowellknight.com

- **Thomas Michael Sobol**
  tom@hagens-berman.com andrewt@hagens-berman.com

- **Brian Paul Strength**
  bstrength@cochranlawtuskegee.com

- **Sharon Donaldson Stuart**
  sds@csattorneys.com

- **Kevin Richard Sullivan**
  krsullivan@kslaw.com

- **William I. Sussman**
  william.sussman@ropesgray.com courtalert@ropesgray.com,paul.lang@ropesgray.com

- **E. Abim Thomas**
  abim.thomas@ropesgray.com

- **John Michael Townsend**
  townsend@hugheshubbard.com

- **Valerie M. Wagner**
  valerie.wagner@dechert.com

- **George Walton Walker, III**
  walker@copelandfranco.com michaud@copelandfranco.com

- **Jarrod J. White**
  jjw@cabaniss.com tsmith@cabaniss.com

- **Justin Joseph Wolosz**
  justin.wolosz@ropesgray.com

and a copy of same, by First Class, U. S. Mail, postage prepaid, to the following persons:

**Steven M. Edwards**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

**James P. Muehlberger**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

**Lyndon M. Tretter**
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

                                            /s/  Barry A. Ragsdale
                                            Of Counsel