# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL ALABAMA COMPREHENSIVE HEALTHCARE, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:04cv673-MHT (WO) |
| AVENTIS PHARMACEUTICAL, INC., et al., | ) ) ) | |
| Defendants. | ) | |

### JUDGMENT

It is ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss without prejudice (doc. no. 202) is granted.

(2) This cause is dismissed in its entirety without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of September, 2006.


　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE